# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICITA SANCHEZ-GARCIA, | : | |
|     Plaintiff | : | |
|   v. | : | |
| | : | CIVIL ACTION |
| UNITED STATES OF AMERICA, et al., | : | |
|     Defendants. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant / | : | |
|     Third-Party Plaintiff | : | NO. 17-5387 |
|   v. | : | |
| | : | |
| TACONY 19135, LLC and | : | |
| CITY OF PHILADELPHIA, | : | |
|     Third-Party Defendants. | : | |

## **ORDER**

AND NOW, this 13th day of March, 2019, upon consideration of Plaintiff's Motion to Enforce Settlement (Doc. 27), and Defendant's Response thereto (Doc. 28), as referred to this Court for a final decision (Doc. 30) by the Honorable Michael M. Baylson pursuant to Local Rule 72.1(e), given the positions of the parties as set out in their papers, and for reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** such that:

1. Counsel for Plaintiff shall not be required to sign the settlement agreement.

2. Defendant United States shall tender payment directly to Sanchez-Garcia in the amount of $17,500.00 within fourteen (14) days of this Order.

3. Upon receipt of payment from the United States, Sanchez-Garcia shall make immediate payment to her counsel in accordance with the terms of her contingency fee agreement, but at a sum not to exceed 25% of the $17,500.00 settlement amount.

BY THE COURT:

Date: March 13, 2019     /s/ David R. Strawbridge, USMJ
                         DAVID R. STRAWBRIDGE
                         UNITED STATES MAGISTRATE JUDGE