# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICITA SANCHEZ-GARCIA,<br>Plaintiff<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants.<br><br>UNITED STATES OF AMERICA,<br>Defendant /<br>Third-Party Plaintiff<br>v.<br>TACONY 19135, LLC and<br>CITY OF PHILADELPHIA,<br>Third-Party Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>NO. 17-5387 |

**FILED**
JUL 1 9 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ~~PROPOSED~~ ORDER

AND NOW, this 19th day of July, 2019, upon independent review of the consideration of Plaintiff's Motion to Enforce Settlement (Doc. 27), and Defendant's Response thereto (Doc. 28), and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that the motion is **GRANTED IN PART** such that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Counsel for Plaintiff shall not be required to sign the settlement agreement;

3. Defendant United States shall tender payment to Sanchez-Garcia in the amount of $17,500.00 within fourteen (14) days of this Order;

4. Upon receipt of payment from the United States, Sanchez-Garcia shall make immediate payment to her counsel in accordance with the terms of her contingency fee agreement, but at a sum not to exceed 25% of the $17,500.00 settlement amount; and

1

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.